**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE APPLICATION OF DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

Petitioner,

v.

ABEDMANAF AHMAD ALSHWAIT
Respondent.

**EMERGENCY ORDER**

IT IS HEREBY ORDERED that Immigration and Customs Enforcement ("ICE") and the Public Health Service, Division of Immigration Health Services Corps., through competent medical authority, is authorized to perform involuntary hydration, nutrition and medical examinations for ABEDMANAF AHMAD ALSHWAIT ("Respondent");

IT IS FURTHER ORDERED that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to hydrate, administer nutrition and submit to routine medical examinations.

Signed this 2ND day of JULY, 2020 in Alexandria, Louisiana.

UNITED STATES DISTRICT COURT JUDGE